| | |
|---|---|
| 1<br>2<br>3<br>4 | **CONSUMER LEGAL SERVICES, P.C.**<br>Christopher M. Lovasz, Esq. (SBN 303120)<br>Jeeho H. Lim, Esq. (SBN 297365)<br>2330 Long Beach Blvd.<br>Long Beach, CA 90806<br>Telephone: (562) 424-3293<br>Facsimile: (562) 595-1849 |
| 5<br>6 | Attorneys for Plaintiff,<br>GREGORIO ARZATE |
| 7<br>8<br>9<br>10<br>11 | Michael J. Gregg (SBN 321765)<br>Mark W. Skanes (SBN 322072)<br>**ROSEWALDORF LLP**<br>100 Oceangate, Suite 300<br>Long Beach, California 90802<br>Telephone:   (518) 869-9200<br>Facsimile:   (518) 869-3334<br>Email:  mgregg@rosewaldorf.com<br>            mskanes@rosewaldorf.com |
| 12<br>13 | Attorneys for Defendants Toyota Motor Sales,<br>U.S.A., Inc and RON THOMPSON'S AUTO GROUP, INC.<br>d/b/a THOMPSON'S TOYOTA OF PLACERVILLE |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO ARZATE, an individual,<br><br>                    Plaintiff,<br>      vs.<br><br>TOYOTA MOTOR SALES U.S.A., INC., a California Corporation; RON THOMPSON'S AUTO GROUP, INC. d/b/a THOMPSON'S TOYOTA OF PLACERVILLE, a California Corporation;  and DOES 1 through 20, inclusive,<br><br>                    Defendant. | **Case No.: 2:21-cv-00977-MCE-DB**<br><br>(Removed from El Dorado County Superior Court, Case No. PC20210208)<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Having reviewed the parties' Joint Stipulation of Dismissal with Prejudice, and good cause appearing,

The stipulation is approved.  The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.   The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

DATED:  June 21, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE